UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>DAVID COSME-RIVERA; HECTOR IVAN MACHUCA; WILFREDO CORDERO; ALL D/B/A "GRANJA LA GALLINITA DE ORO"<br>DEFENDANTS. | CIVIL NO._____ |

COMPLAINT FOR CONSENT JUDGMENT

TO THE HONORABLE COURT:

COMES NOW, the United States of America, represented by the undersigned attorneys and very respectfully STATES, ALLEGES, AND PRAYS:

1. This is a statutory injunctive relief action brought pursuant to the Poultry Products Inspection Act (21 U.S.C. § 451 et. seq.)(PPIA), to enjoin the Defendants from violating the PPIA and the regulations promulgated thereunder, with respect to Defendants David Cosme-Rivera, Hector Ivan Machuca, and Wilfredo Cordero, operating under the business name of Granja La Gallinita de Oro from selling, transporting or offering for sale or receiving in transportation, in commerce, any poultry products required to be inspected under the PPIA unless they have been so inspected and passed and for failing to maintain complete and accurate business records.

2. This court has jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1337 and 1345, and 21 U.S.C. § 467c. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

1

3. The Plaintiff is the United States of America.

4. Defendant Mr. David R. Cosme Rivera (Cosme), is owner and operates a business under the name of "Granja La Gallinita de Oro" dedicated to the slaughter and sale of poultry products in Bayamon, Puerto Rico. Defendants Mr. Hector Ivan Machuca (Machuca), and Mr. Wilfredo Cordero (Cordero) employed at Granja La Gallinita de Oro, and as such are business partners of Cosme, but have no decision making authority in administration of Granja La Gallinita de Oro. Granja La Gallinita de Oro is an unincorporated entity operating under the laws of the Commonwealth of Puerto Rico. The business operates as a slaughter and process facility and sells poultry to walk-in customers as well as to other retail accounts.

II

5. Puerto Rico is designated pursuant to 21 U.S.C. § 454(c)(1) and 9 C.F.R. § 381.221, as a state in which the requirements of sections 1 through 4, 6 through 10, and 12 through 22 of the PPIA shall apply to operations and transactions wholly within the State.1 Therefore, those provisions of the PPIA apply to establishments within the state at which poultry products are transported, prepared, and sold for use as human food, solely for distribution within the state and to operations and transactions conducted wholly within the state to the same extent and in the same manner as if such operations and transactions were conducted in or for interstate commerce.

6. The PPIA prohibits any person, firm or corporation from selling, transporting or offering for sale or receiving in transportation, in commerce, any poultry products required to be inspected under the PPIA unless they have been so inspected and passed. (21 U.S.C. §§ 458(a)(2)(B).

---

1 Section 453(b) of the PPIA defines "State" as "any State of the United States and the Commonwealth of Puerto Rico." (21 U.S.C. § 453(b))

7. The PPIA requires that entities in the poultry business maintain proper records. Specifically, section 460(b)(2) requires that such records be kept as are properly necessary for the effective enforcement of the PPIA in order to insure against adulterated or misbranded poultry products for the American consumer.

III

8. From January 2014 to December 2014, Defendants slaughtered, processed, offered for sale and sold and transported into commerce, approximately 32,575 poultry birds without federal inspection. The slaughtering, processing, offering for sale and selling, and transporting violated the provisions of 21 U.S.C. § 458(a)(1) and (2)(b) because the product had not been inspected and passed as required, and was not exempted from such inspection as permitted by 21 § 464(c). Defendants have also exceeded the 20,000 poultry slaughter limit in the years 2011, 2013, 2014, and 2016. Years 2012, and 2015 were not audited by the USDA. Furthermore, the United States has not made a final assessment as to years 2017, and 2018.

9. The United States Department of Agriculture, Food Safety and Inspection Services, submits that Defendant continued to violate the provisions of 21 U.S.C. § 458(a)(1) and (2)(b) and 21 U.S.C. § 464 up until 2016. Final calculations have not been made as to 2017, but patterns of sales similar to 2016 would tend to show non-compliance as well.

10. From on or about the year 2011 through on or about the year 2017, Defendants failed to provide USDA with complete and accurate business records pertaining to its purchase and subsequent sale of poultry products, in violation of 21 U.S.C. § 460(b)(2). Plaintiff further alleges on information and belief that Defendants will, unless enjoined, continue to violate the PPIA.

WHEREFORE, the United States of America, respectfully requests that this Court:

1. Enjoin the Defendants David Cosme-Rivera, Hector Ivan Machuca, Wilfredo Cordero, and the business of Granja La Gallinita del Oro, and all of its directors, officers, agents, servants, representatives, employees, successors or assigns and any and all persons in active concert or participation with it directly or indirectly, from slaughtering, processing, offering for sale, selling and transporting in commerce, uninspected poultry and poultry products required to be inspected and passed by the United States Department of Agriculture, unless such products are so inspected and passed, unless they comply with the limitations set forth by the exemptions contained in 21 U.S.C. § 464(c).

2. Enter a permanent injunction enjoining Defendants, and the agents, servants, employees, and attorneys of Defendants, and those persons in active concert or participation with Defendants and their agents, servants, employees and attorneys, from failing to maintain required records;

3. Order the Defendant to provide a copy of this Court's Order within ten days of its entry to each and all of its directors, officers, agents, servants, representatives, employees, and to provide an affidavit of compliance within thirty days of the entry of the Order stating the fact and manner of compliance with this paragraph and identifying the names and positions of all persons so notified.

4. Grant the United States its costs and such other and further relief as this Court deems just and proper.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 24 day of May, 2018.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

s/ Hector E. Ramirez-Carbo
Assistant U.S. Attorney
Chief, Civil Division
USDC No. 214902
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656
e-mail: hector.e.ramirez@usdoj.gov

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
David Cosme-Rivera, Hector Ivan Machuca, Wilfredo Cordero, All D/B/A, "Granja La Gallinita de Oro

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Bayamon, PR
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Hector E. Ramirez-Carbó
Assistant United States Attorney-Civil Chief
United States Attorneys Office

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [X] 890 Other Statutory Actions |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | | [ ] 462 Naturalization Application | | |
| | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 465 Other Immigration Actions | | |
| | | [ ] 540 Mandamus & Other | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 451
Brief description of cause:
Poultry Products Inspection Act violation

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 05/30/2018
SIGNATURE OF ATTORNEY OF RECORD: s/ Hector Ramirez-Carbo

**FOR OFFICE USE ONLY**

RECEIPT #       AMOUNT       APPLYING IFP       JUDGE       MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b)  **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c)  **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

III.  **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

IV.  **Nature of Suit.**  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

V.  **Origin.**  Place an "X" in one of the six boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

VI.  **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553   Brief Description: Unauthorized reception of cable service

VII.  **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI): 

USDC-PR Bar Number: 

Email Address: 

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff: 

    Defendant: 

2. Indicate the category to which this case belongs:

    ☐ Ordinary Civil Case
    ☐ Social Security
    ☐ Banking
    ☐ Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes
    ☐ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes
    ☐ No

6. Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

    ☐ Yes
    ☐ No

Date Submitted: 

rev. Dec. 2009